UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL FRANCIS WELSH,

    Petitioner,

v.      CASE NO. 2:06-15295
    HONORABLE DENISE PAGE HOOD

BLAINE LAFLER,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**. Judgment is entered in favor of Respondent and against Petitioner.

    S/Denise Page Hood
    Denise Page Hood
    United States District Judge

Dated: March 12, 2010

I hereby certify that a copy of the foregoing document was served upon Michael F. Welsh, Reg. No. 474199, Mid-Michigan Correctional Facility, 8201 N. Croswell Rd., St. Louis, MI 48880 and counsel of record on March 12, 2010, by electronic and/or ordinary mail.

    S/William F. Lewis
    Case Manager